IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KPALAGA J. JALLAH | : | CIVIL ACTION |
| *Plaintiff – pro se* | : | |
| | : | NO. 16-5513 |
| v. | : | |
| | : | |
| BUCKS COUNTY CORRECTIONAL | : | |
| FACILITY, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 4th day of May 2018, upon consideration of the *motions to dismiss* filed by Defendants Warden Terrance P. Moore, Victoria Gessner, M.D., and Britanie Grandinette, PA-C, [ECF 38], Defendants Bucks County Correctional Facility and Deputy Warden Lillian Budd, [ECF 42], and Defendant Robert Takei, M.D., [ECF 45] (collectively, "Defendants"), the responses thereto filed by Plaintiff Kpalaga J. Jallah ("Plaintiff"), [ECF 43, 44], and the allegations contained in Plaintiff's second amended complaint, [ECF 32], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motions to dismiss, [ECF 38, 42, 45], are **GRANTED**, and the second amended complaint is **DISMISSED** in its entirety. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*